**DUGAN BARR**............................... State Bar No. 40663
**DOUGLAS MUDFORD**................. State Bar No. 156392
**J. MICHAEL FAVOR** ................... State Bar No. 85558
**DAVID CASE**................................ State Bar No. 56701
**DOUGLAS H. NEWLAN** .............. State Bar No. 32250
**BARR & MUDFORD**
1824 Court Street/P.O. Box 994390
Redding, California 96099-4390
Telephone:    (530) 243-8008
Fax:              (530) 243-1648

Attorneys for Defendants SHIRLEY J. JAMES-COLL,
JOHN PASTORELLI, DEBORAH REEVES, MARY SICKLE,
THE CONNELL FAMILY TRUST AND THE TRUSTEE OF
THE CONNELL FAMILY TRUST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEARS LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL B. CONNELL, SHIRLEY J. JAMES-COLL, JOHN PASTORELLI, DEBORAH REEVES, MARY SICKLE, THE CONNELL FAMILY TRUST, THE TRUSTEE OF THE CONNELL FAMILY TRUST,<br><br>    Defendants. | No. CIV S 03-0396 DFL PAN<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

This matter having been settled by the parties, it is hereby stipulated by the parties that this action may be dismissed with prejudice.

DATED:  March ____, 2006                        BARR & MUDFORD

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

```
 1
 2                                          /s/   J. Michael Favor
                                         _____
 3                                          J. MICHAEL FAVOR
                                            Attorneys for Defendants SHIRLEY J. JAMES-
 4                                          COLL, JOHN PASTORELLI, DEBORAH
                                            REEVES, MARY SICKLE, THE CONNELL
 5                                          FAMILY TRUST AND THE TRUSTEE OF
                                            THE CONNELL FAMILY TRUST
 6
 7
 8   DATED:  March ____, 2006               SEYFARTH SHAW
 9
10                                           /s/   Kristine K. Blanco
                                         _____
11                                          KRISTINE K. BLANCO
                                            Attorneys for Plaintiff SEARS LIFE
12                                          INSURANCE COMPANY
13
14
15
16           IT IS SO ORDERED.
17
18
19   DATED:  3/30/2006
                                         _____
20                                          DAVID F. LEVI
                                            United States District Judge
21
```